### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                          )<br>         Plaintiff,                           )<br>                                                          )<br>    vs.                                            )<br>                                                          )<br>RICARDO FONSECA,                     )<br>                                                          )<br>         Defendant.                        ) | 8:04CR451<br><br>**SCHEDULING ORDER** |

   IT IS ORDERED that the following is set for hearing on **May 10, 2005** at **9:00 a.m.** before Magistrate F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

   - Motion to Withdraw and Request for Appointment of New Counsel [39]

   Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the Court.

   DATED this 4th day of May, 2005.

                                        BY THE COURT:


                                        s/ F.A. Gossett
                                        United States Magistrate Judge